**Denied and Opinion Filed February 18, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01049-CV

## IN RE ALEXANDER GUEVARA AND JOSE ALFREDO GUEVARA, Relators

**Original Proceeding from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-05364-D**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Nowell
Opinion by Justice Myers

Relators Alexander Guevara and Jose Alfredo Guevara filed this petition for a writ of mandamus challenging the trial court's July 8, 2019 order granting real party in interest's motion to strike the section 18.001 counteraffidavit of Monte Horne. Entitlement to mandamus relief requires relators to show both that the trial court has clearly abused its discretion and that relators have no adequate appellate remedy. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition for writ of mandamus, real party's response, the Texas Association of Defense Counsel's amicus brief, the Texas Trial Lawyers Association's amicus brief, and the mandamus record, we conclude relators have failed to show their remedy by appeal is inadequate. *See In re Jeremiah Parks,* No. 05-19-00375-CV, slip op. at 5 (Tex. App—Dallas Feb. 18, 2020, orig. proceeding) (mem. op.); *In re Flores*, No. 01-19-00484-CV, 2020 WL 425297, at *1–2 (Tex. App.—Houston [1st Dist.] Jan. 28, 2020, orig. proceeding).

Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Lana Myers/
LANA MYERS
JUSTICE

191049F.P05